E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Micron Technology, Inc.

                Plaintiff(s),
v.

Tessera, Inc.

                Defendant(s).

CASE NO. CV 06-80155 WHA (MISC.)

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Carl J. Pellegrini, Esq., an active member in good standing of the bar of The District of Columbia (particular court to which applicant is admitted) whose business address and telephone number is

Sughrue Mion, PLLC
2100 Pennsylvania Ave. NW, Suite 800
Washington, DC 20037
Telephone: (202) 293-7060

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing UTAC America, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                            Hon. Judge William Alsup
                                            United States District Judge

6-21-06